JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELIZA DE JESUS, | ) Case No. CV 23-0483-JPR |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| BMW OF NORTH AMERICA, LLC, | ) |
| Defendant. | ) |

Pursuant to the terms of this Court's March 7, 2025 Order Dismissing Case Without Prejudice (ECF No. 56), this action is hereby DISMISSED.

DATED: March 19, 2025

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE