1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELIZA DE JESUS, an individual, | Case No.: <u>2:23-CV-00483-JPR</u> |
| Plaintiff, | |
| vs. | *Magistrate Judge: Hon. Jean P. Rosenbluth* |
| BMW OF NORTH AMERICA, LLC, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants, | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 4/11/2025        By: _____
                           Hon. Magistrate Judge
                           Jean P. Rosenbluth
                           United States Magistrate Judge